# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HERBERT W. MORRISON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17-cv-875-NAB |
| | ) |
| ANDREW HALE, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon Plaintiff's *pro se* Motion Requesting Copy of Sealed Document (Doc. 111), in which he asks that the Court provide him with a copy of Document 77-8, which is a sealed copy of the plea transcript from Plaintiff's state criminal conviction. Plaintiff's motion is denied. The Court does not provide free service copies of documents to parties. Additionally, the Court notes that Plaintiff filed the document in question with the Court, and thus presumably has access to the document.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion Requesting Copy of Sealed Document (Doc. 111) is **DENIED**.

Dated this 8th day of May, 2019.

/s/Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE